**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1080**

In re: (CHIEF) COL. MICHAEL S. OWLFEATHER-GORBEY,

Petitioner.

On Petition for Writ of Mandamus.
(5:21-cv-00367; 5:21-cv-00387; 5:21-cv-00492)

Submitted: March 7, 2022                          Decided: March 28, 2022

Before KING and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Michael S. Owlfeather-Gorbey, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

(Chief) Col. Michael S. Owlfeather-Gorbey petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his objections to the magistrate judge's recommendations in his consolidated actions. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has addressed his objections and dismissed his actions. Accordingly, because the district court has recently decided Owlfeather-Gorbey's cases, we deny the mandamus petition as moot. We also deny the motion for the court to take judicial notice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*